# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

`DARREL KELLEY, Register No. 138321`

    *v.*

`STATE OF MISSOURI, et al`

Case Number: 06-4007-CV-C-NKL

_     *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X     *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    *IT IS ORDERED AND ADJUDGED*

–     that the Magistrate Judge's March 15, 2006 Report and Recommendation is adopted. It is further

–     ORDERED that plaintiff's claims are dismissed, pursuant to 28 U.S.C. § 1915, for failure to state a claim on which relief can be granted.

ENTERED ON: June 13, 2006

<u>June 13, 2006</u>

Date

    <u>    PATRICIA L. BRUNE    </u>

Clerk

/s L. Bax

(By) Deputy Clerk